# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2124.  BMW FINANCIAL SERVICES NA, LLC v. WESTLEY A. BAILEY.**

This case began as an action for damages in magistrate court.  Following an adverse ruling in that court, plaintiff BMW Financial Services NA, LLC, appealed to the state court, which entered summary judgment in favor of defendant Westley A. Bailey.  The plaintiff then appealed directly to this Court.  We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (11); see *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  The plaintiff's failure to comply with the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  09/01/2017
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*